UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CRISTIAN MENDEZ MARTINEZ, Petitioner, -v.- MARKWAYNE MULLIN, *Director, U.S. Department of Homeland Security*; DAVID VENTURELLA, *Acting Director, Immigration Customs Enforcement*; and TODD BLANCHE, *Acting Attorney General of the United States*, Respondents. | 26 Civ. 4276 (KPF) **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On May 21, 2026, Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. The Court, having examined the petition in this action, hereby ORDERS that:

(i) On or before **May 22, 2026**, at **5:00 p.m.**, the Government shall file a letter with the following information:

   a. Petitioner's A-number and current place of detention;

   b. The statutory provision(s) under which Respondents assert the authority to detain Petitioner;

   c. A copy of any final order of removal;

   d. Any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings; and

e. An indication of whether this case is distinguishable from previous cases decided by this Court. *See, e.g.*, *Ortiz-Lopez* v. *Francis*, No. 25 Civ. 7985 (KPF); *Villarreal Obregon* v. *Francis*, No. 25 Civ. 9465 (KPF); *Reyes* v. *King*, No. 19 Civ. 8674 (KPF), 2021 WL 3727614, at *6-7 (S.D.N.Y. Aug. 20, 2021).

(ii) On or before **May 27, 2026**, the Government shall file an opposition as to why this petition for a writ of habeas corpus should not be granted.

(iii) Petitioner shall have the opportunity to reply on or before **June 3, 2026**.

(iv) The parties shall appear for a conference regarding the petition on **June 11, 2026**, at **11:30 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Respondents shall produce Petitioner at this hearing.

(v) To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States without an order by this Court allowing such removal. *See, e.g.*, *M.K.* v. *Joyce*, No. 25 Civ. 1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) ("To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed … unless and until the Court orders otherwise." (emphasis omitted)); *Garcia-Izquierdo* v. *Gartner*, No. 4 Civ. 7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) ("Under the All Writs Act, 28 U.S.C. § 1651, the Court may

2

order that a petitioner's deportation be stayed ... when a stay is necessary to preserve the Court's jurisdiction of the case.").

(vi)     Moreover, to facilitate resolution of the petition, Petitioner shall not be transferred, except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.  *See Samb* v. *Joyce*, No. 25 Civ. 6373 (DEH) (S.D.N.Y. Aug. 4, 2025) (Dkt. #3 at 2) (collecting cases in support of enjoining transfer of petitioner outside of the New York City area).

(vii)    The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued at the following email address: jeffrey.oestericher@usdoj.gov.

        SO ORDERED.

Dated:   May 21, 2026
         New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge

3